IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VIVIANNA MARTINEZ** | § | |
| | § | |
| VS. | § | CIVIL NO. 1:15-cv-00125 |
| | § | |
| **ROBERT E. HAVERSTOCK and** | § | |
| **WERNER ENTERPRISES, INC.** | § | |

### NOTICE OF REMOVAL OF DEFENDANTS ROBERT E. HAVERSTOCK and WERNER ENTERPRISES, INC.

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **WERNER ENTERPRISES, INC. and ROBERT E. HAVERSTOCK**, hereby remove this action to the United States District Court for the Southern District of Texas from the County Court At Law #2 of Cameron County, Texas, stating as follows:

1. Plaintiff, Vivianna Martinez, commenced this action in the County Court At Law #2 of Cameron County, Texas, where it was given Cause No. 2015-Ccl-00595. This action is between citizens of different states. Plaintiff is a resident of Texas. Defendant Werner Enterprises, Inc. is a Nebraska Corporation and Defendant Robert E. Haverstock is a resident of New York. Further, Plaintiff claims damages for serious personal injury and is seeking damages of $1,000,000. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendants received the summons and complaint on June 18, 2015, so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendants is attached as Exhibit A.

{03462343.DOCX / }

4.  Defendants have provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the County Court At Law #2 of Cameron County, Texas.

Dated: July 14, 2015

Respectfully submitted,

LARRY D. WARREN
State Bar No. 20888450
**ATTORNEYS FOR DEFENDANTS**

OF COUNSEL:
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10 day of **July 2015**, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel:

**E-Filing Notification System:**
Sandra Eastwood
Jerry J. Trevino
THE LAW OFFICES OF JERRY J. TREVINO
3801 South Padre Island Dr.
Corpus Christi, Texas 78415
Facsimile (361) 882-8355
sandraeastwoodlaw@yahoo.com
**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN

{03462343.DOCX / }