United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

## IN THE UNITED STATES COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **VIVIANA MARTINEZ** | § | |
| | § | |
| V. | § | CIVIL NO. 1:15-CV-00125 |
| | § | |
| **ROBERT E. HAVERSTOCK and** | § | |
| **WERNER ENTERPRISES, INC.** | § | |

### AGREED ORDER OF DISMISSAL AS TO CLAIMS OF VIVIANA MARTINEZ

On the 23rd day of March, 2016, came on to be considered the Motion of Plaintiff, **VIVIANA MARTINEZ**, to Dismiss With Prejudice his claims as to **WERNER ENTERPRISES, INC.** and **ROBERT E. HAVERSTOCK**. After due notice, the parties appeared by their attorneys of record and announced to the Court that all matters in controversy between Plaintiff, **VIVIANA MARTINEZ**, and Defendants, **WERNER ENTERPRISES, INC. and ROBERT E. HAVERSTOCK**, had been compromised and settled, and that Plaintiff, **VIVIANA MARTINEZ**, no longer desired to prosecute his causes of action against Defendants, **WERNER ENTERPRISES, INC. and ROBERT E. HAVERSTOCK**. It appearing to the Court the agreement of the parties should be the Order of the Court,

**IT IS, THEREFORE, ORDERED** that all claims of Plaintiff, **VIVIANA MARTINEZ**, against Defendants, **WERNER ENTERPRISES, INC. and ROBERT E. HAVERSTOCK**, are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that all taxable court costs associated with this case shall be paid by the party incurring the costs, except as agreed in any settlement document.

{03800878.DOC / }

It is further **ORDERED, ADJUDGED, and DECREED** that all relief not granted herein is denied.

**SIGNED** on the 23rd day of March, 2016.

_____
**UNITED STATES DISTRICT JUDGE**

APPROVED BY:

_____
JERRY J. TREVINO
State Bar No.
LAW OFFICES OF JERRY J. TREVINO
3801 South Padre Island, Dr., Suite A
Corpus Christi, Texas 78415
Telephone: (361) 882-5605
Facsimile: (361) 882-8355
**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANTS**